**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

SPECIALIZED LOAN SERVICING, LLC, : No. 375 MAL 2021
:
Respondent :
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
v. :
:
:
ROBERT J. TIMNEY AND PATRICIA A. :
TIMNEY, :
:
Petitioners :

## ORDER

**PER CURIAM**

    **AND NOW**, this 5th day of January, 2022, the Petition for Leave to File a Response *Nunc Pro Tunc* and the Motion to Withdraw as Counsel are **GRANTED**. The Petition for Allowance of Appeal is **DENIED**.

    Justice Brobson did not participate in the disposition or consideration of this matter.